**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Terry James PIERRE and Otis Harris, III, Defendants–Appellants.**

**No. 90–8273.**

United States Court of Appeals, Fifth Circuit.

Sept. 16, 1991.

Kenneth D. DeHart, Alpine, Tex. (Court-appointed), for Pierre.

Charles Louis Roberts, El Paso, Tex., for Harris.

W.W. Torrey, LeRoy Morgan Jahn, Asst. U.S. Attys., Ronald F. Ederer, U.S. Atty., San Antonio, Tex., for plaintiff-appellee.

Before CLARK, Chief Judge, POLITZ, KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.*

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.